BRENDA H. ENTZMINGER
Nevada Bar No. 9800
AMTOJ S. RANDHAWA, ESQ.
Nevada Bar No. 13746
PHILLIPS, SPALLAS & ANGSTADT LLC
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE GETTMAN and BILL GETTMAN,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., dba WAL-MART SUPERCENTER 2050, AND DOES I through X,<br><br>Defendants. | Case No: 2:15-cv-690-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF VALERIE GETTMAN'S CLAIM** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that any and all claims and/or actions by Plaintiff Valerie Gettman be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this __1__ day of __Sept__, 2015.          DATED this __16th__ day of __Sept__, 2015.

PAUL M. GAUDET, ESQ.                              PHILLIPS, SPALLAS & ANGSTADT

_____                         _____ #13594
Paul M. Gaudet, Esq.                              Amtoj S. Randhawa, Esq.
6671 S. Las Vegas Blvd., Ste. 210                 504 South Ninth Street
Las Vegas, Nevada 89119                           Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                         *Attorneys for Defendant*
*Valerie Gettman*                                 *Wal-Mart Stores, Inc.*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that any and all claims and/or actions by Plaintiff Valerie Gettman be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

Dated: September 23, 2015.

_____
UNITED STATES DISTRICT JUDGE