1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  JENNIFER N. TAYLOR
   Nevada Bar No. 6141
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510

6  *Attorneys for Defendant*
7  *Wal-Mart Stores, Inc.*

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 | VALERIE GETTMAN and BILL GETTMAN, | Case No.:   2:15-cv-690-JAD-PAL |
11 |           Plaintiff,              |                                  |
12 | v.                                |                                  |
13 | WAL-MART STORES, INC., dba WAL-   | **STIPULATION AND [PROPOSED] ORDER TO CONDUCT CERTAIN DEPOSITIONS AFTER THE CLOSE OF DISCOVERY** |
   | MART SUPERCENTER 2050, AND DOES I |                                  |
14 | through X,                        |                                  |
15 |           Defendants.             | **[FIRST REQUEST]**              |

16     Defendant WAL-MART STORES, INC., by and through its attorneys of record, the law firm

17 of PHILLIPS, SPALLAS & ANGSTADT, LLC, and Plaintiff BILL GETTMAN ("Plaintiff"), by and

18 through his counsel of record, PAUL M. GAUDET, ESQ., do hereby stipulate to allow the parties to

19 conduct certain depositions after the close of discovery.

20     The parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested leave.

21 The parties have worked and continue to work in good faith, to conduct this discovery.  However,

22 because of the limited availability of the respective deponents and various conflicts of counsel, these

23 depositions remain to be conducted.

24     Pursuant to Local Rule 6-1(b), the parties hereby aver that this is the first such discovery

25 stipulation requested in the matter.

Pursuant to Local Rule 26-4, the parties state the following:

**(a)  Discovery completed**

The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures. Both parties have propounded written discovery requests—including interrogatories, requests for admission and requests for production. Both parties have answered propounded written discovery requests. Depositions have been conducted of both Plaintiffs and a Walmart employee. Plaintiff, Bill Gettman's FRCP 35 Independent Medical Evaluation was held on July 24, 2015.

**(b)  Specific Description Of Discovery That Remains To Be Completed**

Defendant's depositions of Plaintiff's experts regarding Plaintiff, Bill Gettman's damages claim. These experts are: Dr. Matthew Otten of Advanced Ortho & Sports Medicine and Dr. Holman Chan of Nevada Orthopedic & Spine Center.

**(c)  Reasons Why The Deadline Was Not Satisfied Or The Remaining Discovery Was Not Completed Within The Time Limits Set By The Discovery Plan**

The parties have completed all necessary discovery except for the depositions dependent on the scheduling availability of the deponents and both counsel. Defendant scheduled the depositions of Dr. Otten for October 9, 2015 and Dr. Chan for October 12, 2015, respectively. However, prior to the scheduled depositions, each doctor's office contacted defense counsel to advise the doctors were not available for deposition on the scheduled dates. Dr. Chan's office has advised he is available for deposition on November 4, November 11 or November 18, 2015. Dr. Otten's office has advised he is available for deposition on October 15 or October 22, 2015.

Despite the good faith efforts of the parties to comply with the Court's discovery deadlines, Plaintiff's expert was unavailable for deposition prior to the current discovery deadline. This stipulation seeks to conduct the depositions of these two (2) physicians and is not a request for an

extension of the discovery deadlines.

**(a) Proposed Schedule For Completing All Remaining Discovery**

The parties note that discovery in this matter will close on October 13, 2015. All discovery in this matter has been completed, with the exception of the two (2) depositions listed above. The parties therefore respectfully request that the parties be granted leave as defined above to conduct this discovery after the close of discovery on October 13, 2015.

As the completed discovery demonstrates, the parties have been reasonable and diligent in adhering to this Court's Discovery Plan and Scheduling Order in conducting the completed discovery. If this stipulation is granted, the two (2) expert depositions should be completed within the next thirty (30) days. The parties aver that this stipulation is not made with dilatory intent; rather, it is a response by the Plaintiff's medical experts, out of professional courtesy, to the respective availability of the deponents and counsel.

Dated this 13th day of October, 2015.                                      Dated this 13th day of October, 2015.

*/s/ Paul M. Gaudet*                                                                */s/ Brenda H. Entzminger*
PAUL M. GAUDET, ESQ.                                                      Brenda H. Entzminger
Nevada Bar No. 4612                                                             Nevada Bar No. 9800
6671 S. Las Vegas Blvd., Suite 210                                       PHILLIPS SPALLAS & ANGSTADT
Las Vegas, NV 89119                                                             504 South Ninth Street
                                                                                                 Las Vegas, NV 89101

*Attorneys for* Plaintiffs'                                                         *Attorneys for Defendant*
*Valerie Gettman and Bill Gettman*                                      *Wal-Mart Stores, Inc.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

**DATED:** October 27, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on the 13<u>th</u> day of October, 2015, I served a true and correct copy of the foregoing, **STIPULATION AND [PROPOSED] ORDER TO CONDUCT CERTAIN DEPOSITIONS AFTER THE CLOSE OF DISCOVERY** via U.S. Mail, in a sealed envelope, first-class postage fully prepaid, addressed to the following counsel of record, at the address listed below:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| PAUL M. GAUDET, ESQ.<br>Nevada Bar No. 4612<br>6671 S. Las Vegas Blvd., Suite 210<br>Las Vegas, NV 89119 | Phone 702-385-7475<br>Fax: NO FAX | Plaintiffs |

*/s/ Billi Montijo*
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC