1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  PHILLIPS, SPALLAS & ANGSTADT LLC
   504 South Ninth Street
3  Las Vegas, Nevada 89101
   (702) 938-1510
4
   *Attorneys for Defendant*
5  *Wal-Mart Stores, Inc.*

6                      UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8  BILL GETTMAN,
                                            Case No: Case No: 2:15-cv-00690-JAD-PAL
9                  Plaintiffs,
                                            **STIPULATION AND ORDER FOR**
10 v.                                       **DISMISSAL WITH PREJUDICE**

11 WAL-MART STORES, INC., dba WAL-
   MART SUPERCENTER 2050, AND DOES I
12 through X,

13                 Defendants.

14
        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective
15
   counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that
16
17 //
18 //
19 //
20 //
21 //
22 //
23
24 //
25 //
26 //
27 //
28 //

                                              - 1 -

party's own costs and attorney's fees.

DATED this 10 day of May, 2016.

PAUL M. GAUDET

_____
Paul M. Gaudet, Esq.
6671 S. Las Vegas Blvd., Ste. 210
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*
*Bill Gettman*

DATED this 12th day of May, 2016.

PHILLIPS, SPALLAS & ANGSTADT

_____
Brenda H. Entzminger
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

Pooja Kumar, Esq.
Nevada Bar No. 12988

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE THIS CASE.

Dated: May 13, 2016.

_____
UNITED STATES DISTRICT JUDGE